**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| ROBIN WOOLING and<br>DANIELLE WOOLING<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 17-CV-00225-MSD-LRL<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs Robin and Danielle Wooling and Defendant Navient Solutions, LLC notify the Court that the parties have reached a settlement in this matter. The parties are preparing a written settlement agreement and expect to file a joint stipulation of dismissal with prejudice within 30 days. The parties' settlement agreement will not require Court approval.

Respectfully submitted,

| | |
|---|---|
| */s/ Tara L. Elgie* | */s/ Frank Webb* |
| Tara L. Elgie | Francis Alexander Webb |
| Virginia Bar No. 48259 | The Law Offices of F.A. Webb, PLLC |
| Adam C. Ragan | 4085 Chain Bridge Road Suite 302 |
| Texas Bar No. 24079172 | Fairfax, VA 22030 |
| (*admitted pro hac vice*) | Telephone: 703-539-2003 |
| **HUNTON ANDREWS KURTH LLP** | Telefax: 703-934-8583 |
| 1445 Ross Ave., Suite 3700 | frank@faweb.com |
| Dallas, Texas 75202 | |
| 214-979-8212 | *Attorneys for Plaintiff* |
| 214-880-0011 (fax) | |
| telgie@huntonAK.com | |
| | |
| *Attorneys for Defendant* | |

## CERTIFICATE OF SERVICE

I certify that on December 3, 2018, a copy of this Notice of Settlement was filed electronically with the Clerk of the Court using the CM/ECF system, which is believed to have sent notification of such filing to all counsel of record.

*/s/ Tara L. Elgie*
Tara L. Elgie
Virginia Bar No. 48259
Adam C. Ragan
Texas Bar No. 24079172
(*admitted pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
1445 Ross Ave., Suite 3700
Dallas, Texas 75202
214-979-8212
214-880-0011 (fax)
telgie@huntonAK.com

*Counsel for Defendant Navient Solutions, LLC*